IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                                         PLAINTIFF

vs.                           Cr. No.  5:03-CR-50051-001

SILVESTER TORRES-SANCHEZ                                                    DEFENDANT

ORDER FOR REMISSION OF SPECIAL ASSESSMENT AND FINE

Now on this 25th day of January, 2007, comes on to be considered the Government's Petition for Remission of Special Assessment and Fine.  The Court, being well and sufficiently advised, finds and orders as follows with respect thereto:

1.  On April 8,  2004, Defendant was sentenced to forty-eight  months incarceration, three years supervised release with possible deportation, a $100.00 special assessment and a $500.00 fine.

2.  The Government moves to remit Defendant's special assessment and fine pursuant to 18 U.S.C. § 3573, which provides:

> Upon petition of the Government showing that reasonable efforts to collect a fine...
> are not likely to be effective, the court may, in the interest of justice - -
> (1) Remit all ... of the unpaid portion of the fine....

3.  The Government states that the Defendant was deported on September 26, 2006, and that there is no reasonable likelihood that the special assessment and fine can be collected.

4.  Upon due consideration, the Government's Petition for Remission of Special Assessment and Fine is hereby granted and Defendant's special assessment and  fine are remitted.

IT IS SO ORDERED.

/s/Jimm Larry Hendren
HONORABLE JIMM LARRY HENDREN
CHIEF U. S. DISTRICT JUDGE